900 P.2d 171

# SUPREME COURT OF HAWAI'I

| | | | |
|---|---|---|---|
| State v. Chininug | 17769 | 07/05/95 | Affirmed |
| Waterhouse, In re Estate of | 16414 | 07/10/95 | Affirmed |
| State v. Chin | 16889 | 07/10/95 | Dismissed |
| State v. Nguyen | 17622 | 07/14/95 | Vacated and Remanded |
| State v. Mau | 16712 | 07/14/95 | Affirmed |
| State v. Wasson | 16399 | 07/21/95 | Vacated in part, Affirmed in part and Remanded |
| State v. Higa | 17977 | 07/24/95 | Affirmed |
| State v. Kakinami | 16775 | 07/24/95 | Affirmed |
| Nimitz Business Ctr. v. Chamberlain | 18119 | 07/24/95 | Vacated and Remanded |
| State v. Chung | 18233 | 07/24/95 | Affirmed |
| State v. Kim | 16993 | 07/24/95 | Affirmed |
| State v. Mataka | 16909 | 07/25/95 | Vacated and Affirmed |
| First Haw'n Creditcorp v. Walsh | 16576 | 07/26/95 | Affirmed |